UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, and ANTONIO MARTINO,<br><br>Defendants. | 24 Civ. 4987<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Hayden M. Brockett hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Securities and Exchange Commission in the above-captioned action. I am in good standing of the bars of the State of Maryland and of the District of Columbia; and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 7/1/2024

Respectfully Submitted,

Applicant's Name: Hayden M. Brockett

Agency Name: Securities and Exchange Commission

Address: 100 Pearl St, Suite 20-100

City/ State/ Zip: New York, NY 10004

Telephone: 212-336-9107

Email: brocketth@sec.gov