**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, and ANTONIO MARTINO,

Defendants.

24 Civ. 4987

**AFFIDAVIT**

---

I, Hayden M. Brockett, swear and affirm under penalty of perjury:

I am a member in good standing of the bars of the State of Maryland and of the District of Columbia.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

There are no disciplinary proceedings presently against me.

Dated: 7/1/24

Respectfully Submitted,

Applicant's Name: Hayden M. Brockett

Applicant's Signature: _____

New York County – NY State

Signed and sworn before me this 1 day of July, 2024:

_____
Notary Public

TAREK M ELBARKATAWY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EL6413650
Qualified in New York County
My Commission Expires 02-01-2025