UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>– against –<br><br>SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, ANTONIO MARTINO,<br><br>                        Defendants. | 24 Civ. 4987<br><br>ECF Case |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Kathleen Fraher in the above-captioned action.


Dated:  New York, New York
          July 1, 2024

MORRISON & FOERSTER LLP

By: _____
Haimavathi V. Marlier
New York Bar Number 5247945
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 336-4409
HMarlier@mofo.com

*Attorney for Defendant Kathleen Fraher*