AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| U.S. Securities & Exchange Commission, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-04987 |
| Silvergate Capital Corporation et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Silvergate Capital Corporation.

Date: 07/01/2024

/s/ John D. Buretta
*Attorney's signature*

John D. Buretta (2786895)
*Printed name and bar number*

Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10019

*Address*

jburetta@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-0340
*FAX number*