AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| U.S. Securities & Exchange Commission, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-04987 |
| Silvergate Capital Corporation et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Silvergate Capital Corporation.

Date: 07/01/2024

/s/ Lindsay Timlin
*Attorney's signature*

Lindsay Timlin (4806758)
*Printed name and bar number*

Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10019
*Address*

ltimlin@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-0340
*FAX number*