AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

U.S. Securities and Exchange Commission )
*Plaintiff* )
v. ) Case No. 24-civ-4987
Silvergate Capital Corporation, et. al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the U.S. Securities and Exchange Commission .

Date: 07/02/2024

/s/ Laura E. Meehan
*Attorney's signature*

Laura E. Meehan LM6628
*Printed name and bar number*
Division of Enforcement
U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
*Address*

meehanla@sec.gov
*E-mail address*

(212) 336-0079
*Telephone number*

*FAX number*