AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| U.S. Securities & Exchange Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-04987-ALC |
| Silvergate Capital Corporation et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alan J. Lane                                                                      .

Date:   07/02/2024

/s/ Jonathan H. Friedman
*Attorney's signature*

Jonathan H. Friedman (4453767)
*Printed name and bar number*
Foley & Lardner LLP
90 Park Ave, 37th Floor
New York, NY 10016

*Address*

jfriedman@foley.com
*E-mail address*

(212) 338-3416
*Telephone number*

*FAX number*