AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

U.S. Securities and Exchange Commission, )
*Plaintiff* )
v. ) Case No. 1:24-cv-04987 (ALC)
Silvergate Capital Corporation, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Silvergate Capital Corporation.

Date: 7/2/2024

s/ Michael N. Levy
*Attorney's signature*

Michael N. Levy (ML7755)
*Printed name and bar number*

Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
*Address*

mlevy@eellaw.com
*E-mail address*

(202) 753-5553
*Telephone number*

*FAX number*

[Print]  [Save As...]  [Reset]