UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Securities & Exchange Commission,<br><br>          Plaintiff,<br><br>    v.<br><br>Silvergate Capital Corporation, *et al*,<br><br>          Defendants. | 24 Civ. 04987 (ALC)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant Silvergate Capital Corporation, discloses that it has no parent corporation and that no publicly-owned corporations own more than 10% of its stock.

July 2, 2024

                CRAVATH, SWAINE & MOORE LLP

                By: */s/ John D. Buretta*
                   John D. Buretta
                   Benjamin Gruenstein
                   Lindsay Timlin
                   375 Ninth Avenue
                   New York, NY 10001
                   (212) 474-1000
                   jburetta@cravath.com
                   bgruenstein@cravath.com
                   ltimlin@cravath.com

                ELLERMAN ENZINNA LEVY PLLC

                   Michael N. Levy
                   1050 30th Street, NW
                   Washington, DC 20007
                   (202) 753-5553
                   mlevy@eellaw.com

                 *Attorneys for Defendant*
                   Silvergate Capital Corporation