UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, and ANTONIO MARTINO,

                Defendants.

24 Civ. 4987

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of <u>Hayden M. Brockett</u> for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of <u>Maryland and of the District of Columbia</u>; and that his contact information is as follows:

    Applicant's Name: <u>Hayden M. Brockett</u>

    Agency Name: <u>Securities and Exchange Commission</u>

    Address: <u>100 Pearl St, Suite 20-100</u>

    City/ State/ Zip: <u>New York, NY 10004</u>

    Telephone: <u>212-336-9107</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/8/24

_/s/ Andrew L. Carter_
Hon. Andrew L. Carter, Jr.
United States District /Magistrate Judge