## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  -against-<br><br>SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, and ANTONIO MARTINO,<br><br>        Defendants. | 24 Civ. 4987<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the undersigned counsel hereby respectfully enters his appearance in this matter on behalf of Antonio Martino, and requests that all papers be served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance does not waive any rights, claims, or defenses (including but not limited to defenses as to jurisdiction or venue) to which Defendant Antonio Martino may be entitled, but rather all such rights, claims, and defenses are expressly reserved.

Dated: New York, New York
    July 10, 2024

Respectfully submitted,

LINKLATERS LLP

By:  */s/ Patrick Ashby*

Patrick C. Ashby
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9268
patrick.ashby@linklaters.com

*Counsel for Defendant Antonio Martino*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, a true and correct copy of the foregoing Notice of Appearance was filed using the Court's electronic filing system. Notice of this filing will be sent by the Court's electronic case filing system to all counsel of record registered to receive service as required under applicable local rules. Parties may access this filing through the Court's electronic filing system.

LINKLATERS LLP

By: */s/ Patrick Ashby*
Patrick C. Ashby
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9268
patrick.ashby@linklaters.com

*Counsel for Defendant Antonio Martino*