**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

U.S. SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-against-

SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, and ANTONIO MARTINO,

          Defendant.

24 Civ. 4987 (ALC)

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Doug Davison__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Antonio Martino__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __the District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 17, 2024

Respectfully Submitted,

Applicant Signature: _/s/ Doug Davison_
Applicant's Name: Doug Davison
Firm Name: Linklaters LLP
Address: 601 13th Street NW
City/State/Zip: Washington, DC 20005
Telephone/Fax: (202) 654-9244
Email: doug.davison@linklaters.com