UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, and ANTONIO MARTINO,

        Defendants.

24 Civ. 4987 (ALC)

---

# DECLARATION OF DOUG DAVISON IN SUPPORT OF MOTION FOR ADMISSION

## *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, Doug Davison states as follows:

1. I submit this declaration pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, in support of my motion for admission to practice *pro hac vice* to appear as counsel for Defendant Antonio Martino in the above-captioned action.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are presently no disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2024

_____
Doug Davison

State of New York          )
                           ) ss.:
County of New York         )

On this 17th day of July, 2024 before me, the undersigned personally appeared Doug Davison, personally known to me, whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument which the individual acted, executed the instrument.

_____
Notary Public

Lescene Gibbons
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GI6044509
Qualified in New York County
Commission Expires August 25, 2026

2