UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, and ANTONIO MARTINO,

                Defendant.

24 cv 4987 ( ALC )

ORDER FOR ADMISSION PRO HAC VICE

The motion of **Doug Davison**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **the District of Columbia**; and that his/her contact information is as follows (please print):

Applicant's Name: **Doug Davison**

Firm Name: **Linklaters LLP**

Address: **601 13th Street NW**

City / State / Zip: **Washington, DC 20005**

Telephone / Fax: **(202) 654-9244**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Antonio Martino** in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                        _____
                                        United States District / Magistrate Judge