

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

**VIA ECF**          July 29, 2024

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:    <u>SEC v. Silvergate Capital Corporation, et al., No. 24 Civ. 4987 (ALC) (S.D.N.Y.)</u>

Dear Judge Carter:

      Pursuant to the Court's July 8, 2024 Order (ECF No. 23), Plaintiff Securities and Exchange Commission ("SEC") and Defendant Antonio Martino ("Martino") respectfully submit this joint status report.

      The SEC filed this case on July 1, 2024 against Martino (and three other Defendants who have since settled).[1]  Martino has waived service of the Complaint, and his response is due September 9, 2024 (ECF No. 24).

      Counsel for Martino represents that they are currently reviewing the Complaint; that Martino intends to respond by September 9, 2024; and that, in the event that Martino intends to file a motion to dismiss, he will submit a letter requesting a pre-motion conference as required by the Court's rules.

Respectfully submitted,

/s/ *Peter A. Mancuso*                                                     /s/ *Adam Laurie*
Peter A. Mancuso                                                              Adam Laurie
Trial Counsel                                                                       Linklaters LLP
*Counsel for Plaintiff SEC*                                              1290 Ave of the Americas
                                                                                         New York, NY 10104
                                                                                         *Counsel for Defendant Martino*

---

[1] On July 8, 2024, the Court entered consent Final Judgments against Defendants Silvergate Capital Corporation, Alan J. Lane, and Kathleen Fraher (ECF. Nos. 19, 20, 21).