UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

U. S. SECURITIES AND EXCHANGE
COMMISSION,

                            Plaintiff,

               - against -

SILVERGATE CAPITAL CORPORATION, ALAN J.
LANE, KATHLEEN FRAHER, and ANTONIO
MARTINO,

               Defendants.

24 Civ. 4987 (ALC)

------------------------------------------------------------------

## SATISFACTION OF JUDGMENT

Whereas the Court entered a Final Judgment against Defendant Alan J. Lane ("Lane"), dated July 8, 2024 ("Judgment"); and

Whereas the Judgment has been satisfied through payment by Lane of $1,000,000 to the U.S. Securities and Exchange Commission ("Commission");

Commission Counsel requests that the Clerk of the Court enter a satisfaction of the Judgment.

Dated:      New York, New York
               July 30, 2024

_____
Jack Kaufman
Supervisory Trial Counsel
Securities and Exchange Commission
New York Regional Office
100 Pearl Street
New York, NY 10004-2616
Tel.: 212-336-0106
E-mail: KaufmanJa@sec.gov

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

On this 30th day of July, 2024, before me personally came Jack Kaufman, to me known and known to me to be attorney for the Securities and Exchange Commission, petitioner in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

In witness whereof I hereunto set my hand and official seal.

KAREN M. LEE
Notary Public- State of New York
No. 02LE6128567
Qualified in Kings County
Commission Expires June 13, 20_25_.

_____
Notary Public

2