UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
U. S. SECURITIES AND EXCHANGE :
COMMISSION, :
: 24 Civ. 4987 (ALC)
Plaintiff, :
:
- against - :
:
SILVERGATE CAPITAL CORPORATION, ALAN J. :
LANE, KATHLEEN FRAHER, and ANTONIO :
MARTINO, :
x
Defendants. :
--------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 06 2024

## SATISFACTION OF JUDGMENT

Whereas the Court entered a Final Judgment against Defendant Silvergate Capital Corporation ("SCC"), dated July 8, 2024 ("Judgment"); and

Whereas the Judgment has been satisfied through offsetting payments by SCC of $43,000,000 to the Federal Reserve Board of Governors and $20,000,000 to the California Department of Financial Protection and Innovation;

Counsel for the U.S. Securities and Exchange Commission requests that the Clerk of the Court enter a satisfaction of the Judgment.

Dated:     New York, New York
           August 5, 2024

_____
Jack Kaufman
Supervisory Trial Counsel
Securities and Exchange Commission
New York Regional Office
100 Pearl Street
New York, NY 10004-2616
Tel.: 212-336-0106
E-mail: KaufmanJa@sec.gov

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

On this 5th day of August, 2024, before me personally came Jack Kaufman, to me known and known to me to be attorney for the Securities and Exchange Commission, petitioner in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

In witness whereof I hereunto set my hand and official seal.

                                                                   Notary Public

**KAREN M. LEE**
Notary Public- State of New York
No. 02LE6128567
Qualified in Kings County
Commission Expires June 13, 2025.