UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
U.S. SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

      -against-

SILVERGATE CAPITAL
CORPORATION, et al.,

                    Defendants.
------------------------------------------------------- x

1:24-cv-04987 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the request from Defendant Antonio Martino for a pre-motion conference in relation to an anticipated motion to dismiss. ECF No. 35. Defendant's request for a pre-motion conference is **DENIED**. Defendant is **GRANTED** leave to file a motion to dismiss. Unless the Parties jointly submit an alternative, the Court sets the following briefing schedule:

    Defendant's opening brief due by **December 6, 2024**

    Plaintiff's opposition brief due by **December 27, 2024**

    Defendant's reply brief due by **January 10, 2025**

**SO ORDERED.**

Dated:   November 15, 2024
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**