**MEMO ENDORSED**



NEW YORK
REGIONAL OFFICE

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004 2616

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/21/2024
```

November 20, 2024

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: SEC v. Silvergate Capital Corporation, et al., No. 24 Civ. 4987 (ALC) (S.D.N.Y.)

Dear Judge Carter:

Pursuant to the Court's Order dated November 15, 2024 (ECF No. 41), Plaintiff Securities and Exchange Commission ("SEC") and Defendant Antonio Martino ("Martino") have met and conferred and hereby jointly submit the following proposed briefing schedule regarding Martino's motion to dismiss the SEC's Complaint (ECF No. 35):

- Martino opening brief to be filed no later than January 14, 2025;
- SEC response brief to be filed no later than February 28, 2025; and
- Martino reply brief to be filed no later than March 31, 2025.

Accordingly, the parties respectfully request that the Court approve the above joint proposed briefing schedule.

Respectfully submitted,

_____
Peter A. Mancuso
Hayden M. Brockett
Laura E. Meehan

*Counsel for Plaintiff
Securities and Exchange Commission*

_____
Patrick Ashby
Adam Lurie
Linklaters LLP

*Counsel for Defendant
Antonio Martino*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
November 21, 2024
New York, NY