UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SECURITIES AND EXCHANGE COMMISSION,

        Plaintiffs,

against

SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, KATHLEEN FRAHER, and ANTONIO MARTINO,

        Defendants.

24-cv-4987

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Declaration of Adam S. Lurie and the exhibits attached thereto, and the accompanying memorandum of law in support of Antonio Martino's Motion to Dismiss, both dated January 14, 2025, the undersigned hereby moves this Court on behalf of Antonio Martino before the Honorable Judge Andrew L. Carter Jr., in Courtroom 1306 of the United State District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, for an order granting Antonio Martino's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and such other relief as the Court deems just and proper.

Executed on January 14, 2025
New York, New York

                      Respectfully submitted,

                      Linklaters LLP

                      By:   */s/ Adam S. Lurie*

Adam S. Lurie
Patrick C. Ashby
Elizabeth Myers Raulston
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Fax: (212) 903-9100
adam.lurie@linklaters.com
patrick.ashby@linklaters.com
elizabeth.raulston@linklaters.com

Douglas J. Davison (*pro hac vice*)
601 13th St. NW #400
Washington, D.C. 20005
Telephone: (202) 654-9200
Fax: (202) 654-9210
adam.lurie@linklaters.com
doug.davison@linklaters.com

*Attorneys for Defendant Antonio Martino*