# EXHIBIT F

| | |
|---|---|
| From: | Jason Sasanfar [jsasanfar@silvergate.com] |
| Sent: | 1/3/2023 1:46:58 PM |
| To: | Antonio Martino [amartino@silvergate.com] |
| Subject: | FW: Updated short term glide path conversation |

**From:** Cibull, Steven <CibullS@fhlbsf.com>
**Sent:** Tuesday, January 3, 2023 3:14 PM
**To:** Jason Sasanfar <jsasanfar@silvergate.com>
**Subject:** [EXTERNAL] Updated short term glide path conversation

**CAUTION: This email is from an external sender**

Exercise caution when clicking on links or opening attachments from external sources. If anything seems suspicious, please report this email to Information Security at InfoSec@silvergate.com.

Jason,

Summary of our conversation…

Requests and expectations
1)    Request to roll Wednesday's $1.26B in maturities to the following
a.    $260mm to mature Friday 1/6/23
b.    $1B to mature Friday 1/13/23
2)    Expectation to pay down $260mm on Friday 1/6/23
3)    Expectation to pay down $600mm on Wednesday 1/11/23
4)    Expectation to pay down at least $615mm on Friday 1/13/23
5)    If the above is true, Silvergate will be able to roll the remaining $385mm maturing on 1/13/23 for a suitable term up to a few months.
6)    Please keep in mind when rolling advances for longer term that Silvergate remains conscious of remaining within 25% of total assets using month-end asset levels.

Please confirm if I was able to capture the conversation correctly.  If all seems correct, I will confirm internally if this glide path is acceptable.

Thank you,

Steven R. Cibull
Managing Director, Member Business
FHLBank San Francisco | 333 Bush Street, Suite 2700 | San Francisco, CA 94104
415 616 2535 | cibulls@fhlbsf.com | fhlbsf.com

**FHLBank San Francisco**

FHLBank San Francisco | Confidential

Confidential Treatment Requested
Confidential & Privileged - May Contain Confidential Supervisory
Information of the Board of Governors of the Federal Reserve System

SEC-SILV-0000287035

The contents of this e-mail, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential, and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail, or any attachment, is strictly prohibited. If you have received this e-mail in error, please: (i) reply immediately to this e-mail indicating that you received this communication in error, and (ii) promptly delete this e-mail, along with any attachments, from your computer. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this message, including any attachments, is confidential and may be legally privileged. It is intended solely for the use of the specified recipient(s). If you are not the intended recipient or have received this message in error, you are hereby notified that any disclosure, reproduction, or distribution of this information is strictly prohibited and may be subject to legal and regulatory sanction. If you have received this message in error, please notify the sender immediately and delete this message.

Confidential Treatment Requested
Confidential & Privileged - May Contain Confidential Supervisory
Information of the Board of Governors of the Federal Reserve System

SEC-SILV-0000287036