# EXHIBIT G

# Q4:2023 Other Than Temporary Impairment (OTTI)

> **OTTI securities of $1.7B due to forced sale. OTTI charge of ~($132M) on $1.8B FV of securities as of 12/31/22**

**Background**
- Silvergate is required to sale securities in Q1 in order to reduce FHLB borrowings and Brokered Certificates of Deposits (BCDs)
- As a result, Silvergate is not expected to recover its unrealized loss over the remaining life of certain investments and therefore must evaluate an OTTI charge
- FHLB requiring the Bank to paydown advances $1.475B based on new borrowing limit of $2.9B, 25% of $11.4B of total assets at 12/31/22.
    - $260M on 1/6/23
    - $600M on 1/11/23
    - $615M on 1/13/23
- The Bank may need to adjust FHLB borrowings beginning 1/31/23, based on changes to total assets
- $1.0B of BCDs maturities in Q1 2023 that won't be renewed
    - Silvergate has sources of cash on balance sheet, thru securities payments and thru assumed mortgage warehouse run-off to absorb some BCD maturities
- $1.7B of liquidity is needed from Bond sales and $956M of liquidity will come from other sources.

|    |                                   | Q1 Activity     |
|----|-----------------------------------|-----------------|
| 1  | Required FHLB Adv. Paydown        | (1,475,000,000) |
| 2  | BCD Maturities - Q1               | (1,003,658,000) |
| 3  | **Uses**                          | **(2,478,658,000)** |
| 4  | FV Bonds Sold                     | 1,705,093,196   |
| 5  | Remaining Portfolio Proj. P&I     | 95,295,383      |
| 6  | FRB/Fintech Buffer (excl. EUR Deposits) | 580,244,614 |
| 7  | Remaining Warehouse               | 181,000,000     |
| 8  | **Sources**                       | **2,561,633,193** |
| 9  | **Net Sources**                   | **82,975,193**  |
| 10 | **Impairment**                    | **(131,557,378)** |

$1.7B of sales balances uses of cash (wholesale borrowing paydown) with sources of cash in Q1:2023 while leaving a projected buffer of cash to fintech deposits in Q1:23 (timing will need to be managed)

**Portfolio Considerations**
- Assume to maintain <10% of total assets in MBS.
- SBA yields are projected to increase ~125bps in Q1 to ~5.38% and have ~$65M of Cashflow in Q1 on unsold bonds
- HECM yields projected to increase ~70bps in Q1 to ~4.75% and have ~$56M of Cashflow in Q1 on unsold bonds
- Fixed MBS yields are 1.16% (negative carry)
- Treasury book yields are 1.37% (negative carry)
- $87M of CRA bond remain in portfolio, predominately fixed-rate

# Other Than Temporary Impairment (OTTI)
## Bond Population

**Proposed Bond Sales in Q1 '23**

| ARC | Sum of BookValue | Sum of FairValue | Sum of ParValue | Sum of UnrealizedGainLoss | Count of Cusip |
|---|---|---|---|---|---|
| CMO Fix | 129,590,801 | 112,866,747 | 292,314,145 | (16,724,054) | 7 |
| CMO Var | 194,020,869 | 184,451,635 | 182,867,281 | (9,569,234) | 10 |
| FHLMC Fix | 178,446,496 | 153,332,686 | 173,919,778 | (25,113,810) | 4 |
| FNMA Fix | 191,731,765 | 164,584,871 | 187,928,593 | (27,146,894) | 6 |
| GNMA2 Var | 592,964,945 | 573,478,206 | 553,494,625 | (19,486,738) | 22 |
| Treas Note | 549,895,698 | 516,379,050 | 550,000,000 | (33,516,648) | 4 |
| Grand Total | 1,836,650,574 | 1,705,093,196 | 1,940,524,422 | (131,557,378) | 53 |

**Strategy**
- Sell $947M of fixed-rate securities currently at a negative carry to reduce the future drag on earnings, ($103M) impairment.
- Sell $758M of floating-rate HECMs, ($29M) impairment

**Considerations**
- Governance
- Documentation
- Administration of fair value markets to system of record for identified population
- 12/31/22 Fair Value based on IDC pricing (standard pricing source)

# Other Than Temporary Impairment (OTTI)
## Bond Population

**Remaining Portfolio After Sale of Impaired Bonds**

| Remaining | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Data | | | | | | |
| ARC | Sum of BookValue | Sum of FairValue | Sum of ParValue | Sum of UnrealizedGainLoss | 12/31 Bk Yield | Proj. Bk Yield | WAL |
| Agy CMBS Fix | 54,354,483 | 43,592,671 | 53,000,000 | (10,761,812) | 1.52 | 1.52 | 7.93 |
| CMO Var | 828,040,234 | 784,805,926 | 777,859,172 | (43,234,307) | 3.89 | 4.59 | 4.52 |
| FHLMC Fix | 132,227,928 | 115,156,011 | 129,964,278 | (17,071,916) | 1.45 | 1.45 | 5.43 |
| GNMA2 Var | 606,625,897 | 582,157,625 | 564,456,459 | (24,468,273) | 4.27 | 4.97 | 4.33 |
| SBA Var | 2,388,481,450 | 2,375,788,020 | 2,114,049,167 | (12,693,431) | 4.13 | 5.38 | 4.64 |
| FNMA Fix | 34,819,615 | 32,527,883 | 34,889,662 | (2,291,732) | 3.80 | 3.80 | 8.60 |
| Grand Total | 4,044,549,607 | 3,934,028,136 | 3,674,218,738 | (110,521,471) | 3.98 | 4.96 | 4.67 |

Remaining portfolio would be $3.9B (based on 12/31/22 balances)
- SBA - $2.4B; 100% floating rate, 100% prime based; estimated remaining average life assuming 12CPR of ~4yr; yield of 4.13% at 12/31/22 projected to increase to 5.38% in January.
- HECM - $1.4B; 100% floating rate, 46% LIBOR/SOFR and 54% 1yr CMT; estimate remaining average life assuming of ~4yr; yield of 4.05% at 12/31/22 projected to increase to 4.75% in January.
- Fixed MBS - $191M; estimate remaining average life assuming of ~7yr; yield of 1.88% at 12/31/22

- CRA Qualifying Investments - $87M to yield 2.69%
    - $43M Fixed Agency CMBS
    - $42M Fixed Agency MBS
    - $1.6M Floating SBA

# Other Than Temporary Impairment (OTTI)
## Impact to capital (SGB)

**SGB Capital Ratios**
**Estimates for 12/31/2022**
Amounts in $000s

| | Projected 12-31-22 | | Projected with OTTI 12-31-22 |
|---|---|---|---|
| 1 Common stock | 1,341,215 | | 1,341,215 |
| 2 Retained earnings | 159,410 | | 159,410 |
| 3 Current year earnings | (557,226) | (131,557) | (688,783) |
| 4 AOCI | (276,269) | 131,557 | (144,712) |
| 5 Common equity | 667,130 | | 667,130 |
| 6 Less AOCI | 276,269 | Impairment | |
| 7 Common equity Tier 1 capital | 943,399 | (131,557) | 811,842 |
| 8 ALLL | 3,176 | | 3,176 |
| 9 Total capital | 946,575 | | 815,018 |
| 10 Total period end assets (US GAAP) | 11,321,136 | | 11,321,136 |
| 11 Average assets | 15,063,085 | | 15,063,085 |
| 12 Risk weighted assets | 1,552,201 | | |
| 13 Common equity Tier 1 risk based capital ratio | 60.78% | | |
| 14 Tier 1 leverage capital ratio | 6.26% | | 5.39% |
| 15 Tier 1 leverage capital ratio using closing assets | 8.33% | | 7.17% |
| 16 TCE/Total Assets | 5.89% | | 5.89% |

- Projected capital level of 5.39% on Tier 1 Leverage leaves ~$58M capital capacity before falling below 5.0% for Q4:2022 due to Q4 average assets ~$3.8B higher than ending assets

- Q1:2023 Tier 1 Leverage launch point is projected to be ~7.17%;
- Sensitivities to capital to 5% Tier 1 leverage as Q1 launch point:
  - Reduction of capital by ~$249M
  - Increase in total assets by ~$5.0B (from $11.3B at 12/31/22)

# Other Than Temporary Impairment (OTTI)

**Consideration**

**Knowns**
- Have to paydown FHLB $1.475B to get to 25% of 12/31/22 total assets
- Need liquidity from sell of bonds for ~$250M of $1B BCD maturities
- Will be able to term borrowings outside of Q1:23 after 1/18/23

**Unknowns**
- What total assets will be at 1/31/23
- Any incremental sales driven by 1/31/23 balance sheet
- Management decision on future wholesale funding
- Deposit may not need to match FRB cash 1:1

**Risk**
- Q1:23 earnings
- IDC pricing variances versus actual execution price

# Other Than Temporary Impairment (OTTI)

Portfolio Snapshot as of 12/31/22

|   |   | A | B | C | D | D = C-B | F = D-C | G = D-B | E = G/B |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | Category | Par Value | Book Value | IDC FV 12/31/22 | Estimated Sales Proceeds | IDC Gain/Loss vs Book Value | Estimated Sales Proceeds vs IDC FV | Estimated Sales Value vs Book Value | IDC Value vs Book Value | Yield (as of 12/31/22) | Projected Yield in 3M | Duration |
| 1 | Agy CMBS Fix | 53,000,000 | 54,354,483 | 43,592,671 | 43,592,671 | (10,761,812) | - | (10,761,812) | -19.80% | 1.77% | 1.77% | 7.3 |
| 2 | CMO Fix | 292,314,145 | 129,590,801 | 112,866,747 | 112,866,747 | (16,724,054) | - | (16,724,054) | -12.91% | 1.16% | 1.16% | 3.6 |
| 3 | CMO Var | 960,726,453 | 1,022,061,103 | 969,257,562 | 969,257,562 | (52,803,541) | - | (52,803,541) | -5.17% | 3.91% | 5.13% | 0.9 |
| 4 | FHLMC Fix | 303,884,056 | 310,674,423 | 268,488,697 | 268,488,697 | (42,185,726) | - | (42,185,726) | -13.58% | 1.17% | 1.17% | 5.1 |
| 5 | FNMA Fix | 222,818,255 | 226,551,380 | 197,112,754 | 197,112,754 | (29,438,626) | - | (29,438,626) | -12.99% | 1.13% | 1.13% | 5.4 |
| 6 | GNMA2 Var | 1,117,951,084 | 1,199,590,842 | 1,155,635,831 | 1,155,635,831 | (43,955,011) | - | (43,955,011) | -3.66% | 4.37% | 5.08% | 1.5 |
| 7 | SBA CRE | 1,086,368,772 | 1,228,683,028 | 1,219,049,299 | 1,219,049,299 | (9,633,729) | - | (9,633,729) | -0.78% | 4.28% | 5.53% | 0.6 |
| 8 | SBA EQU | 1,027,680,396 | 1,159,798,423 | 1,156,738,721 | 1,156,738,721 | (3,059,702) | - | (3,059,702) | -0.26% | 3.97% | 5.22% | 0.4 |
| 9 | Subtotal | 5,064,743,160 | 5,331,304,483 | 5,122,742,282 | 5,122,742,282 | (208,562,201) | - | (208,562,201) | -3.91% | 3.75% | 4.70% | 1.4 |
| 10 | Treas Note | 550,000,000 | 549,895,698 | 516,379,050 | 516,379,050 | (33,516,648) | - | (33,516,648) | -6.10% | 1.37% | 1.37% | 2.1 |
| 11 | Total | 5,614,743,160 | 5,881,200,181 | 5,639,121,332 | 5,639,121,332 | (242,078,849) | - | (242,078,849) | -4.12% | 3.52% | 4.39% | 1.5 |