# **EXHIBIT H**

| | |
|---|---|
| **From:** | Antonio Martino [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=798AA9F9977F44CF9FA34303D6E4549A-AMARTINO] |
| **Sent:** | 1/12/2023 6:29:45 PM |
| **To:** | Thompson, Guy [Guy.Thompson@gs.com]; Jason Sasanfar [jsasanfar@silvergate.com]; Jesse Avery [javery@silvergate.com] |
| **CC:** | Evans, Justin [Justin.C.R.Evans@gs.com] |
| **Subject:** | RE: SBA Repo indication |

Guy,

We appreciate you getting this far, and sharing the indicative offer.

Let me discuss with Treasury team, we will pause for the time being and we will get back to you if we are interested in moving forward.

Thanks again,
Tony

# Antonio Martino
Chief Financial Officer

P. +1 858-362-6300
C. +1 516-830-0834

4250 Executive Square, Suite 300
La Jolla, CA 92037



---

**From:** Thompson, Guy <Guy.Thompson@gs.com>
**Sent:** Thursday, January 12, 2023 4:44 PM
**To:** Antonio Martino <amartino@silvergate.com>; Jason Sasanfar <jsasanfar@silvergate.com>; Jesse Avery <javery@silvergate.com>
**Cc:** Evans, Justin <Justin.C.R.Evans@gs.com>
**Subject:** [EXTERNAL] SBA Repo indication

> **CAUTION: This email is from an external sender**
>
> Exercise caution when clicking on links or opening attachments from external sources. If anything seems suspicious, please report this email to Information Security at InfoSec@silvergate.com.

Silvergate Team,

Our repo traders came back with initial indication of funding the SBA pools at a 30% haircut and at a FF + 250bps rate for 6mo. As we mentioned in the past, SBA pools aren't an asset class we specialize in hence the conservative indication. We would also need to get approval from Credit for the exposure.

Appreciate this is not cheap funding by any means, so let us know if the above is even in the right zip code and worth digging deeper. .

Thanks,

Confidential Treatment Requested
Confidential & Privileged - May Contain Confidential Supervisory
Information of the Board of Governors of the Federal Reserve System

SEC-SILV-0000292271

Guy

**Guy Thompson** | Global Banking & Markets | Goldman Sachs & Co. LLC
Direct: 212.357.0987 – Cell: 650.380.6580 — guy.thompson@gs.com

http://www.goldmansachs.com/disclosures/swaps-related-disclosures/index.html

---

See the http://www.gs.com/disclaimer/afg/ for important information regarding this message and your reliance on information contained in it. This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message. See the http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks inherent in electronic communication.

---

See www.gs.com/swaps-related-disclosures for important disclosures relating to CFTC-regulated swap transactions.

---

Your Personal Data: We may collect and process information about you that may be subject to data protection laws. For more information about how we use and disclose your personal data, how we protect your information, our legal basis to use your information, your rights and who you can contact, please refer to: www.gs.com/privacy-notices

Confidential Treatment Requested
Confidential & Privileged - May Contain Confidential Supervisory
Information of the Board of Governors of the Federal Reserve System

SEC-SILV-0000292272