# **EXHIBIT L**

# Q4:2023 Other Than Temporary Impairment (OTTI)

**OTTI securities of $2.6B due to forced sale. OTTI charge of ~($176M) on $2.6B FV of securities as of 12/31/22**

**Background**
- Silvergate is required to sale securities in Q1 in order to reduce FHLB borrowings and Brokered Certificates of Deposits (BCDs)
- As a result, Silvergate is not expected to recover its unrealized loss over the remaining life of certain investments and therefore must evaluate an OTTI charge
- FHLB requiring the Bank to paydown advances $2.425B (from $4.3B at 12/31)
    - The FHLB is assumed to reduce Silvergate's borrowing limit to 25% of total assets.
    - Assuming projected total assets at the end of Q1 of $7.5B, Silvergate max borrowing capacity at the FHLB will be $1.875B.
    - FHLB requested borrowings be paid down to this level by 1/18/23, but a potential extension may be granted
- $1.0B of BCDs maturities in Q1 2023 that won't be renewed
    - Silvergate has sources of cash on balance sheet, thru securities payments and thru assumed mortgage warehouse run-off to absorb some BCD maturity
- $2.6B of liquidity needed from Bond sales and $894M of liquidity will come from other sources.

|    |                                          | Q1 Activity       |
|----|------------------------------------------|-------------------|
| 1  | FHLB                                     | (2,425,000,000)   |
| 2  | BCD                                      | (1,036,580,000)   |
| 3  | **Uses**                                 | **(3,461,580,000)** |
| 4  | Bonds                                    | 2,600,000,000     |
| 5  | Portfolio P&I                            | 133,014,661       |
| 6  | FRB/Fintech Buffer (excl. EUR Deposits)  | 580,244,615       |
| 7  | Warehouse                                | 181,000,000       |
| 8  | **Sources**                              | **3,494,259,276** |
| 9  | **Net Sources**                          | **32,679,276**    |
| 10 | **Impairment**                           | **(176,531,674)** |

$2.6B of sales balances uses of cash (wholesale borrowing paydown) with sources of cash in Q1:2023 while leaving a projected buffer of cash to fintech deposits in Q1:23 (timing will need to be managed)

**Portfolio Considerations**
- Assume need to maintain 10% of total assets in MBS. Assuming total assets are ~$7.5B in Q1, MBS must exceed $750M
- SBA yields are projected to increase ~125bps in Q1 to ~5.38% and have ~$87M of Cashflow in Q1 on unsold bonds
- HECM yields projected to increase ~70bps in Q1 to ~5.11% and have ~$36M of Cashflow in Q1 on unsold bonds
- Fixed MBS yields are 1.16% (negative carry)
- Treasury book yields are 1.37% (negative carry)
- $87M of CRA bond remain in portfolio

# Other Than Temporary Impairment (OTTI)
## Bond Population

**Proposed bond sales in Q1 '23**

|   | Product Type | Book Value | Fair Value | OTTI Impairment | OTTI / Bk |
|---|---|---|---|---|---|
| 1 | Treasuries | 549,895,698 | 516,379,050 | (33,516,648) | -6.10% |
| 2 | Fixed MBS | 622,697,506 | 536,430,055 | (86,267,450) | -13.85% |
| 3 | HECM | 1,305,190,907 | 1,250,000,000 | (55,190,907) | -4.23% |
| 4 | SBA | 301,556,669 | 300,000,000 | (1,556,669) | -0.52% |
| 5 | **Total** | **2,779,340,780** | **2,602,809,105** | **(176,531,674)** | **-6.35%** |

**Strategy**
- Sell all non-CRA fixed rate securities at a negative carry to reduce the future drag on earnings. Overall market impact is minimal due to size of sectors
- Sell HECMs and SBAs in an order fashion to maximize price execution. $500M of SBA is projected market availability through 1/18/23
- Remaining portfolio would be $2.9B of floating rate SBA and HECMs (based on 12/31/22 balances)
    - SBA - $1.8B (100% floating rate, 100% prime based); estimated remaining average life assuming 12CPR of ~4yr.
    - HECM - $971M (12% of $8B of total assets) (100% floating rate, 46% LIBOR/SOFR and 54% 1yr CMT); estimate remaining average life assuming of ~4yr
    - CRA - $87M of Agency MBS/CMBS and SBA (98% fixed)

**Considerations**
- Governance
- Documentation
- Administration of fair value markets to system of record for identified population
- 12/31/22 Fair Value

# Other Than Temporary Impairment (OTTI)
## Impact to capital (SGB)

**SGB Capital Ratios**
**Estimates for 12/31/2022**
Amounts in $000s

|  |  | 12-31-22 |  |  |
|---|---|---:|---:|---:|
| 1 | Common stock | 1,341,215 |  |  |
| 2 | Retained earnings | 159,410 |  |  |
| 3 | Current year earnings | (557,226) |  |  |
| 4 | AOCI | (276,269) |  |  |
| 5 | Common equity | 667,130 |  |  |
| 6 | Less AOCI | 276,269 |  | 12/31 with OTTI |
| 7 | Common equity Tier 1 capital | 943,399 | (176,532) | 766,867 |
| 8 | ALLL | 3,176 |  |  |
| 9 | Total capital | 946,575 |  |  |
| 10 | Total period end assets (US GAAP) | 11,321,136 |  | 11,321,136 |
| 11 | Average assets | 15,063,085 |  | 15,063,085 |
| 12 | Risk weighted assets | 1,552,201 |  |  |
| 13 | Common equity Tier 1 risk based capital ratio | 60.78% |  |  |
| 14 | Tier 1 leverage capital ratio | 6.26% |  | 5.09% |
| 15 | Tier 1 leverage capital ratio using closing assets | 8.33% |  | 6.79% |
| 16 | TCE/Total Assets | 5.89% |  | 5.89% |

Need to complete same analysis for hold co (SCC)

- Projected capital level of 5.09% on Tier 1 Leverage leaves ~$15M capital capacity before falling below 5.0% for Q4:2022 due to Q4 average assets ~$3.8B higher than ending assets

- Q1:2023 launch point is projected to be ~6.79%; sensitivities to capital to 5% Tier 1 leverage as Q1 launch point:
  - Reduction of capital by ~$200M
  - Increase in average assets by ~$3.8B

# Other Than Temporary Impairment (OTTI)

Portfolio Snapshot as of 12/31/22

| | | A | B | C | D | D = C-B | F = D-C | G = D-B | E = G/B | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Category | Par Value | Book Value | IDC FV 12/31/22 | Estimated Sales Proceeds | IDC Gain/Loss vs Book Value | Estimated Sales Proceeds vs IDC FV | Estimated Sales Value vs Book Value | IDC Value vs Book Value | Yield (as of 12/31/22) | Projected Yield in 3M | Duration |
| 1 | Agy CMBS Fix | 53,000,000 | 54,354,483 | 43,592,671 | 43,592,671 | (10,761,812) | - | (10,761,812) | -19.80% | 1.77% | 1.77% | 7.3 |
| 2 | CMO Fix | 292,314,145 | 129,590,801 | 112,866,747 | 112,866,747 | (16,724,054) | - | (16,724,054) | -12.91% | 1.16% | 1.16% | 3.6 |
| 3 | CMO Var | 960,726,453 | 1,022,061,103 | 969,257,562 | 969,257,562 | (52,803,541) | - | (52,803,541) | -5.17% | 3.91% | 5.13% | 0.9 |
| 4 | FHLMC Fix | 303,884,056 | 310,674,423 | 268,488,697 | 268,488,697 | (42,185,726) | - | (42,185,726) | -13.58% | 1.17% | 1.17% | 5.1 |
| 5 | FNMA Fix | 222,818,255 | 226,551,380 | 197,112,754 | 197,112,754 | (29,438,626) | - | (29,438,626) | -12.99% | 1.13% | 1.13% | 5.4 |
| 6 | GNMA2 Var | 1,117,951,084 | 1,199,590,842 | 1,155,635,831 | 1,155,635,831 | (43,955,011) | - | (43,955,011) | -3.66% | 4.37% | 5.08% | 1.5 |
| 7 | SBA CRE | 1,086,368,772 | 1,228,683,028 | 1,219,049,299 | 1,219,049,299 | (9,633,729) | - | (9,633,729) | -0.78% | 4.28% | 5.53% | 0.6 |
| 8 | SBA EQU | 1,027,680,396 | 1,159,798,423 | 1,156,738,721 | 1,156,738,721 | (3,059,702) | - | (3,059,702) | -0.26% | 3.97% | 5.22% | 0.4 |
| 9 | Subtotal | 5,064,743,160 | 5,331,304,483 | 5,122,742,282 | 5,122,742,282 | (208,562,201) | - | (208,562,201) | -3.91% | 3.75% | 4.70% | 1.4 |
| 10 | Treas Note | 550,000,000 | 549,895,698 | 516,379,050 | 516,379,050 | (33,516,648) | - | (33,516,648) | -6.10% | 1.37% | 1.37% | 2.1 |
| 11 | Total | 5,614,743,160 | 5,881,200,181 | 5,639,121,332 | 5,639,121,332 | (242,078,849) | - | (242,078,849) | -4.12% | 3.52% | 4.39% | 1.5 |