USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. Securities & Exchange Commission,

                Plaintiff,

-against-

Antonio Martino,

                Defendant.

1:24-cv-04987 (ALC) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, June 6, 2025, at 11:00 a.m. to address Defendant's request for a stay of discovery. (*See* Letters, ECF Nos. 49-52.) At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:    New York, New York
             May 30, 2025

_____
STEWART D. AARON
United States Magistrate Judge