USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Securities & Exchange Commission, | |
| Plaintiff, | 1:24-cv-04987 (ALC) (SDA) |
| -against- | **ORDER** |
| Antonio Martino, | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, Defendant's request to stay discovery pending decision on the motion to dismiss (*see* Letter, ECF No. 49) is GRANTED provided, however, that the SEC may seek leave to take specific discovery upon a showing that such discovery is necessary to preserve evidence or to prevent undue prejudice.

**SO ORDERED.**

DATED:   New York, New York
         June 6, 2025

_____
STEWART D. AARON
United States Magistrate Judge