

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

**VIA ECF**                                             January 14, 2026

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>SEC v. Martino, No. 24 Civ. 4987 (ALC) (SDA) (S.D.N.Y.)</u>

Dear Judge Aaron:

    Pursuant to the Court's December 17, 2025 Case Management Plan (ECF No. 62), Plaintiff Securities and Exchange Commission ("SEC") and Defendant Antonio Martino ("Martino") respectfully submit this joint letter and the enclosed stipulations to the Court.

    The parties respectfully request that the Court enter the attached stipulated protective order, data delivery standards, and supplemental Rule 502(d) order. The parties have met and conferred and believe it is in both parties' best interest to agree to additional terms in the event of an inadvertent disclosure of privileged, sensitive or confidential information, as reflected in the stipulated supplemental Rule 502(d) order.

Respectfully submitted,

/s/ *Peter A. Mancuso*                              /s/ *Patrick Ashby*
Peter A. Mancuso                                    Patrick Ashby
Trial Counsel                                       Linklaters LLP
*Counsel for Plaintiff SEC*                         1290 Ave of the Americas
                                                    New York, NY 10104
                                                    *Counsel for Defendant Martino*