

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**NEW YORK**
**REGIONAL OFFICE**

**VIA ECF**                                                    February 18, 2026
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     <u>SEC v. Martino, No. 24 Civ. 4987 (ALC) (SDA) (S.D.N.Y.)</u>

Dear Judge Aaron:

      Pursuant to Section 13 of the Court's December 17, 2025 Order (D.E. 62), Plaintiff Securities and Exchange Commission ("SEC") and Defendant Antonio Martino ("Martino") respectfully submit this joint letter regarding the status of discovery in this case.

      Since the Court issued the Case Management Plan on December 17, 2025 (D.E. 62) (the "Discovery Plan"), the parties have diligently engaged in discovery. Both the SEC and Martino have substantially complied with Discovery Plan Section 4 by producing an initial set of documents identified in their initial disclosures. The parties continue to meet and confer on any outstanding issues.

      In addition, both parties have served requests for production of documents. The SEC has already sent Martino its written response and made its first rolling production of documents. Martino's response to the SEC's document requests is due February 20, 2026. The SEC also served its first set of interrogatories, and Martino's response is likewise due February 20, 2026. The parties continue to meet and confer on any outstanding issues regarding these discovery requests.

Respectfully submitted,

/s/ *Peter A. Mancuso*                                /s/ *Patrick Ashby*
Peter A. Mancuso                                      Patrick Ashby
Trial Counsel                                        Linklaters LLP
*Counsel for Plaintiff SEC*                           1290 Ave of the Americas
                                                     New York, NY 10104
                                                     *Counsel for Defendant Martino*