AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-04987 |
| ANTONIO MARTINO ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SECURITIES AND EXCHANGE COMMISSION                .

Date:  03/05/2026

*Attorney's signature*

Mao Yu Lin (4014437)
*Printed name and bar number*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
*Address*

LinM@sec.gov
*E-mail address*

(212) 336-5546
*Telephone number*

*FAX number*