

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

<u>**VIA ECF**</u>                                          March 10, 2026

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    <u>SEC v. Martino, No. 24 Civ. 4987 (ALC) (SDA) (S.D.N.Y.)</u>

Dear Judge Aaron:

     Pursuant to Section II.B.1 of the Court's Individual Practices, Plaintiff Securities and Exchange Commission ("SEC") and Defendant Antonio Martino ("Martino") respectfully submit this joint briefing schedule for submissions related to Martino's motion to compel discovery (D.E. 72) filed on March 10, 2026.

     The parties have agreed that the SEC's opposition shall be due no later than March 16, 2026 and that Martino's reply, if any, shall be due no later March 19, 2026.

Respectfully submitted,

/s/ *Peter A. Mancuso*
Peter A. Mancuso
Trial Counsel
*Counsel for Plaintiff SEC*

/s/ *Patrick Ashby*
Patrick Ashby
Linklaters LLP
1290 Ave of the Americas
New York, NY 10104
*Counsel for Defendant Martino*