

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**NEW YORK**
**REGIONAL OFFICE**

**VIA ECF**                                     March 10, 2026

The Honorable Stewart D. Aaron
United States Magistrate Judge            ENDORSEMENT: The parties' proposed briefing schedule
United States District Court              on Defendant's motion to compel (ECF No. 72) is approved.
Southern District of New York             SO ORDERED.
500 Pearl Street                          Dated: March 11, 2026
New York, New York 10007

        Re:     SEC v. Martino, No. 24 Civ. 4987 (ALC) (SDA) (S.D.N.Y.)

Dear Judge Aaron:

        Pursuant to Section II.B.1 of the Court's Individual Practices, Plaintiff Securities and
Exchange Commission ("SEC") and Defendant Antonio Martino ("Martino") respectfully submit this
joint briefing schedule for submissions related to Martino's motion to compel discovery (D.E. 72)
filed on March 10, 2026.

        The parties have agreed that the SEC's opposition shall be due no later than March 16, 2026
and that Martino's reply, if any, shall be due no later March 19, 2026.


Respectfully submitted,


/s/ Peter A. Mancuso                        /s/ Patrick Ashby
Peter A. Mancuso                            Patrick Ashby
Trial Counsel                               Linklaters LLP
*Counsel for Plaintiff SEC*                 1290 Ave of the Americas
                                            New York, NY 10104
                                            *Counsel for Defendant Martino*