**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**U.S. Securities & Exchange Commission,**

                                    **Plaintiff,**

                    **-against-**

**Antonio Martino,**

                                    **Defendant.**

**1:24-cv-04987 (ALC) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, March 30, 2026, at 11:00 a.m. to address Defendant's Letter Motion to compel. (*See* Def.'s Ltr. Mot., ECF No. 72.) At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:        New York, New York
              March 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge