# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SECURITIES AND EXCHANGE COMMISSION,**

                  **Plaintiff,**

    **-against-**

**ANTONIO MARTINO,**

                **Defendant.**

**24 Civ. 04987 (ALC) (SDA)**

---

## DECLARATION OF WILLIAM F. FLOYD, PhD, CPA

I, William F. Floyd, PhD, CPA, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been asked to review and provide my comments and observations on the subjects in Defendant Martino's Request for Production No. 3 ("Defendant's Request")—which is the focus of Defendant Martino's Letter Motion to Compel filed on March 10, 2026 in the above captioned matter—as well as the SEC's response letter filed on March 16, 2026 and the declaration of Mr. Scott Taub attached thereto. I have also reviewed the operative Complaint in this case.

2. My comments and observations in this declaration were developed based on my knowledge, experience, and expertise with the accounting standards and analyzing financial statement treatments and disclosures. I reserve the right to supplement or amend this Declaration in the event new or additional information becomes available.

## A. Qualifications

3. During my career as a Certified Public Accountant, I have worked in various settings, including public accounting, academic research as an accounting PhD student, developing accounting-based trading strategies, and most recently consulting on the application of United States Generally Accepted Accounting Principles ("GAAP") and the use of large data sets in accounting disputes and investigations. I am a licensed CPA in New York.

4. I earned my CPA license while working at PricewaterhouseCoopers in New York City. Following PwC, I completed my PhD in accounting at the Stanford Graduate School of Business. My academic research spanned financial reporting, corporate governance, audit quality, and voluntary disclosure. My dissertation used computational text analysis to examine changes in firm disclosures around adverse accounting events.

5. After earning my PhD, I was on the founding team of Pluribus Labs, a financial data science startup that was acquired to serve as the foundation for a quantitative asset management firm. My research focused on using accounting disclosures, both quantitative and qualitative, as well as various other data, to develop systematic trading strategies.

6. More recently, I have served as an expert advisor at Floyd Advisory LLC serving as a technical accounting expert to corporations, audit committees, private equity firms and those in need of technical accounting assistance.

7. Attached hereto as Appendix A is my Curriculum Vitae.

**B. Understanding the Financial Statement Preparation Process**

8. Financial statement preparers apply accounting guidance to provide an account of a business's economic performance and positioning during a reporting period.[1] This includes consideration of management's judgements, estimates, and assumptions regarding the future. As such, accounting guidance is simply the language used to provide this information and is distinct from the underlying economics themselves. Further, the complexity of the underlying economics can affect the difficulty of conveying this information, regardless of the language provided to convey it.

9. As applied to a distressed business situation, the underlying economic reality consists of financial stress and management's action plans. Thus, accounting guidance is merely the reporting language used to communicate this complex reality.

10. When companies are under financial stress and require cash resources, management must find solutions for near term liquidity needs while also steering the operation out of the crisis period. Management's plans may include selling assets and notably investment securities, thereby requiring the application of fair value accounting and consideration of OTTI reporting guidance. Management's judgments on these issues—of which OTTI assessment is just one part—are therefore central to the process of preparing financial statements.

**C. The 2009 Amendment to OTTI Accounting Guidance**

11. Prior to the issuance of FSP 115-2 in 2009, accounting guidance on when to recognize OTTI was found in SEC Staff Bulletin (SAB) Topic 5M, which listed "the intent and

---

[1] *See* Financial Accounting Concepts Statement No. 8, Conceptual Framework for Financial Reporting (Chapter 3, ¶¶ QC12-QC16; Chapter 1, ¶¶ OB2–OB5). This framework explains that financial reporting is intended to provide information about a reporting entity's economic resources, claims, and changes therein (i.e., its financial position and performance) by representing "economic phenomena in words and numbers." The framework also recognizes that financial reporting necessarily incorporates management's judgments, estimates, and assumptions.

ability of the holder to retain its investment in the issuer for a period of time sufficient to allow for any anticipated recovery in market value" as one of several factors "which, individually or in combination, indicate that a decline is other than temporary and that a write-down of the carrying value is required."

12. FSP 115-2 amended this guidance and defined an OTTI to have occurred for a debt security with a fair value less than its amortized cost when either:

> (i) "an entity intends to sell the debt security (that is, it has decided to sell the security)"[2]

> (ii) "an entity more likely than not will be required to sell the security before recovery of its amortized cost basis"[3]

13. Contrary to what the SEC suggests, the 2009 change in the accounting guidance is not relevant to how management prepares plans and makes judgments. It was also only a nuanced shift in the direction of the inquiry for management when making OTTI accounting judgements: from whether management had the "intent and ability to hold" a security, to whether it "intended to sell" or was "more likely than not to be required to sell" a security.

14. While there was a change in the accounting question for determining an OTTI, the underlying economic reality of liquidity issues in periods of financial stress, the related difficulty and complexity in OTTI accounting, and the inherent challenges in conveying this information to investors remained. Put another way, to assess OTTI, management first needs to assess its expected future liquidity needs, including making estimates and assumptions based on facts that were known or knowable at the end of a given period. Once identifiable liquidity needs are assessed, management must determine what sources are available to satisfy those liquidity needs. The accounting team then decides if there are future expected losses on the sale of securities that should be realized in the current period. This is a process fraught with difficulty in a time of uncertainty. This is the same process that an accounting team would need to follow whether they were assessing OTTI on an "intent and ability to hold" standard or a "more likely than not to be required to sell" standard.

## D. Request No. 3

15. The Defendant's Request relates to several public statements preceding and during the 2008 financial crisis, a period of financial stress for many companies that required management to prepare action plans to solve liquidity needs, including the sale of investment securities.

16. The public statements (the "SEC Public Statements") are as follows:

---

[2] FSP FAS 115-2, par. 20.

[3] FSP FAS 115-2, par. 21.

a. "Impairment accounting can be complex . . . Judgment is required in assessing whether an OTTI exists . . . The current global economic crisis has highlighted difficulties in performing OTTI evaluations."[4]

b. "[B]right line or rule of thumb tests are not appropriate for evaluating other-than-temporary impairments."[5]

c. "The result of disorderly transactions is not determinative when measuring fair value. Distressed or forced liquidations sales are not orderly transactions, and thus the fact that a transaction is distressed or forced should be considered when weighing available evidence . . . fair value measurement and the assessment of impairment may require significant judgments."[6]

17. Of significance to this matter, each SEC Public Statement relates to telling the story for the business while preparing business plans and making liquidity judgements during periods of financial stress resulting from the 2008 financial crisis.  Importantly, 2008 was the last relevant and sustained financial crisis and the last time the SEC provided such extensive commentary on OTTI.

18. Silvergate experienced similar financial stress that necessitated making liquidity judgements during the time period relevant to this case.

19. Discussions related to how management should make such judgements, deal with financial stress, and make liquidity plan decisions, especially related to selling assets, relate entirely to the underlying economics and not to the accounting language through which the reporting will occur.

**E.  SEC Letter Dated March 16, 2026 and the Declaration of Mr. Taub**

20. The primary focus of the SEC's letter is based on the accounting guidance shift referenced above that occurred in 2009.  The SEC's letter describes this shift as a "substantial change."[7]

21. I disagree that this shift, whether substantial or not, makes the SEC Public Statements above any less relevant to Silvergate's OTTI accounting determinations.  Further, the 2009 shift resulted in no meaningful change to the challenges that management faces dealing with periods of financial stress and liquidity needs, and in OTTI accounting, which is are the root of the SEC Public Statements.

22. Similarly, while Mr. Taub's declaration provides a history lesson for the evolution of the OTTI guidance, it does not address the most important considerations, which are the

---

[4]  ECF No. 75-2 at 25, 30.

[5]  ECF No. 75-3 at 25.

[6]  SEC and FASB Issue Guidance on Fair Value Measurements, 2008 WL 11261656, at *1-2.

[7]  ECF No. 75 at 2.

pressures and judgements businesses deal with that result in financial accounting treatments during periods of financial stress as addressed in the SEC Public Statements.

23. Moreover, notwithstanding any 2009 changes to the accounting guidance, and just as the SEC stated in the SEC Public Statements, it is still true today that:

   a. "Impairment accounting can be complex . . . Judgment is required in assessing whether an OTTI exists . . ." and that "economic cris[es]" will "highlight[]difficulties in performing OTTI evaluations."[8]

   b. "[B]right line or rule of thumb tests are not appropriate for evaluating other-than-temporary impairments."[9]

   c. "The result of disorderly transactions is not determinative when measuring fair value. Distressed or forced liquidations sales are not orderly transactions, and thus the fact that a transaction is distressed or forced should be considered when weighing available evidence . . . fair value measurement and the assessment of impairment may require significant judgments." [10]

24. Thus, even today, when auditors and other accounting professionals consider, assess, and evaluate OTTI accounting during a liquidity or other economic crisis, such professionals continue to consider the SEC's views as reflected in the SEC Public Statements. The 2009 changes, therefore, had no impact on how such professionals consider the SEC Public Statements.

25. Also of note, when Mr. Taub states, "some respondents to the request for comment '…stated that the OTTI model is well understood by investors and is applied consistently by preparers,'"[11] that statement comes from the 'Background Information and Basis for Conclusions' section of ASU 2016-13 which is not part of authoritative GAAP. More importantly, the statement relates to general accounting guidance and the experiences of "some respondents" in interpreting it in 2016, and not to periods of financial stress and liquidity pressure, as discussed above.

## F.  Conclusion

26. While the language of OTTI has changed over time, the underlying economics of liquidity issues in periods of financial stress and the challenges management encounters remain the same and continue to occur in a cyclical economy. In sum, there is no meaningful change to the challenges that management faces dealing with periods of financial stress and liquidity needs, which are at the core of the SEC Public Statements.

---

[8]  ECF No. 75-2 at 25, 30.

[9]  ECF No. 75-3 at 25.

[10] SEC and FASB Issue Guidance on Fair Value Measurements, 2008 WL 11261656, at *1-2.

[11] ECF No. 75-5 ¶ 36.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 19, 2026
          New York, New York

William Floyd

**Floyd** Advisory

# WILLIAM F. FLOYD

Expert Advisor

**William F. Floyd** is an Expert Advisor to Floyd Advisory. Dr. Floyd is the President and Founder of Floyd Analytics, a firm specializing in quantitative analyses of accounting issues.

Dr. Floyd is an expert in financial reporting and disclosures, research design and econometrics, and the use of alternative data in economic analyses.

Prior to founding Floyd Analytics, Dr. Floyd worked at the intersection of accounting, data science, and quantitative finance. He was on the founding team of Pluribus Labs, a quantitative equity manager with a focus on machine learning and investment insights systematically drawn from text data. Pluribus Labs was acquired by Golden Gate Capital in 2017 and again by Exos Financial in 2022. Before pursuing his PhD, Dr. Floyd was an Associate at PricewaterhouseCoopers in New York.

Dr. Floyd holds a PhD in Accounting from the Stanford Graduate School of Business. He also holds a BBA in Accounting and a BA in Economics, both summa cum laude, from the University of Massachusetts Amherst. He is a Certified Public Accountant in New York and has earned the Fundamentals of Sustainability Accounting Credential granted by the Sustainability Accounting Standards Board, an entity under the control of the International Financial Reporting Standards Foundation.



WFloyd@floydadvisory.com

**New York**

646.374.8621

## Education

- PhD in Accounting  - Stanford Graduate School of Business
- Bachelor of Business Administration, Accounting  - University of Massachusetts at Amherst
- Bachelor of Arts, Economics  - University of Massachusetts at Amherst

## Certifications

- Certified Public Accountant, New York (CPA)
- Fundamentals of Sustainability Accounting Credential, Sustainability Accounting Standards Board