**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**U.S. Securities & Exchange Commission,**

**Plaintiff,**

**-against-**

**Antonio Martino,**

**Defendant.**

**1:24-cv-04987 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendant appeared. For the reasons stated on the record during today's telephone conference, Defendant Martino's Letter Motion, filed at ECF No. 72, is GRANTED IN PART and DENIED IN PART.

The Court having found that the documents requested in Request No. 3 are relevant, the parties promptly shall meet and confer regarding the scope of production. If the parties are unable to reach a consensual resolution, then they shall file a joint letter to the ECF docket no later than Wednesday, April 15, 2026, setting forth their respective positions.

**SO ORDERED.**

DATED:      New York, New York
             March 30, 2026

_____
STEWART D. AARON
United States Magistrate Judge