**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | 24-Civ-4987 (ALC) (SDA) |
| -against- | |
| **ANTONIO MARTINO,** | |
| Defendant. | |

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Jorge G. Tenreiro is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that his representation of Plaintiff is terminated.

SO ORDERED.

Dated: April 27, 2026

_____
The Honorable Stewart D. Aaron
United States Magistrate Judge

2