

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**NEW YORK**
**REGIONAL OFFICE**

**VIA ECF**                                    April 30, 2026

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     <u>SEC v. Martino, No. 24 Civ. 4987 (ALC) (SDA) (S.D.N.Y.)</u>

Dear Judge Aaron:

      Pursuant to the Court's February 17, 2026 Order (D.E. 70), Plaintiff Securities and Exchange Commission ("SEC") and Defendant Antonio Martino ("Martino") respectfully submit this joint letter regarding the status of discovery in this case.

      Since the parties' February 17, 2026 Joint Status Report (D.E 69), the SEC and Martino have continued to diligently engage in discovery. The SEC made document productions to Martino on April 2 and April 17, 2026, and Martino made document productions to the SEC on March 27 and April 8, 2026.

      In addition, Martino served his Second Set of Requests for Production of Documents on March 6, 2026, and the SEC responded on April 6, 2026. Martino also served his First Set of Interrogatories on April 10, 2026. The SEC's response to Martino's interrogatories is due on May 11, 2026. The parties continue to meet and confer on any outstanding issues regarding all discovery requests and responses.

      The parties are also engaged in third party discovery. They have served a total of seven third party subpoenas, many of which remain subject to conferral.

Respectfully submitted,

/s/ *Peter A. Mancuso*                          /s/ *Patrick Ashby*

Peter A. Mancuso                                Patrick Ashby
Trial Counsel                                   Linklaters LLP
*Counsel for Plaintiff SEC*                      1290 Ave of the Americas
                                                New York, NY 10104
                                                *Counsel for Defendant Martino*