

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

**VIA ECF**                                     July 15, 2026

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:     <u>SEC v. Martino, No. 24 Civ. 4987 (ALC) (SDA) (S.D.N.Y.)</u>

Dear Judge Aaron:

      Pursuant to the Court's April 30, 2026 Order (D.E. 87), Plaintiff Securities and Exchange Commission ("SEC") and Defendant Antonio Martino ("Martino") respectfully submit this joint letter regarding the status of discovery in this case.

      Since the parties' April 30, 2026 Joint Status Report (D.E 86), the SEC and Martino have continued to diligently engage in discovery. The SEC made document productions to Martino on May 8, June 9, June 25, and July 7, 2026; and Martino made document productions to the SEC on April 30, May 21, and July 2, 2026. The SEC responded to Martino's First Set of Interrogatories on May 11, 2026.

      In addition, the SEC has noticed three depositions, scheduled for July 30, August 5, and September 17, 2026, and Martino has cross-noticed the deposition on August 5. The parties continue to meet and confer on any outstanding issues regarding all discovery requests and responses.

      The parties also continue to engage in third party discovery, with several outstanding subpoenas still subject to conferral.

Respectfully submitted,

/s/ *Peter A. Mancuso*
Peter A. Mancuso
Trial Counsel
*Counsel for Plaintiff SEC*

/s/ *Patrick Ashby*
Patrick Ashby
Linklaters LLP
1290 Ave of the Americas
New York, NY 10104
*Counsel for Defendant Martino*