UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

**VIA ECF** September 30, 2026

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: SEC v. Martino, No. 24 Civ. 4987 (ALC) (SDA) (S.D.N.Y.)

Dear Judge Aaron:

Pursuant to the Court's July 15, 2026 Order (D.E. 89), Plaintiff Securities and Exchange Commission ("SEC") and Defendant Antonio Martino ("Mr. Martino") respectfully submit this joint letter regarding the status of discovery in this case.

Since the parties' July 15, 2026 Joint Status Report (D.E. 88), the SEC and Mr. Martino have continued to diligently engage in discovery. The SEC made document productions to Mr. Martino on July 29 and September 29, 2026; and Mr. Martino made document productions to the SEC on July 23, September 1, September 11, September 14, and September 29, 2026.

In addition, the parties conducted the depositions of three witnesses, including Mr. Martino, and noticed the depositions of seven additional, non-party witnesses for October and November 2026. The parties continue to meet and confer on any outstanding issues regarding discovery requests and responses.

The parties also continue to engage in third party discovery, with several outstanding subpoenas still subject to conferral.

Respectfully submitted,

*/s/ Peter A. Mancuso*
Peter A. Mancuso
Trial Counsel
*Counsel for Plaintiff SEC*

*/s/ Patrick Ashby*
Patrick Ashby
Linklaters LLP
1290 Ave of the Americas
New York, NY 10104
*Counsel for Defendant Antonio Martino*